NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONNIE ATMORE, DOC #H39729,            )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No.  2D18-979
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Polk
County; John K. Stargel, Judge.

Keith A. Peterson of the Law Offices of
Peterson, P.A., Mulberry, for Appellant.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.